# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| 63 MEGAN TRUST, A NEVADA TRUST, DAVID TOTH AND SIRWAN TOTH, TRUSTEES, Appellant, vs. BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, A TEXAS CORPORATION, Respondent. | No. 70629 |

FILED

JUL 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER VACATING JUDGMENT AND REMANDING

This is an appeal from a district court summary judgment in an action to quiet title to real property. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge. Reviewing the summary judgment de novo, *Wood v. Safeway, Inc.*, 121 Nev. 724, 729, 121 P.3d 1026, 1029 (2005), we vacate the district court's order and remand for further proceedings.

The district court granted summary judgment in favor of respondent based solely on its determination that the relevant provisions of NRS chapter 116 violate the Due Process Clause. Thereafter, this court held that the same statutory provisions do not violate the Due Process Clause because the nonjudicial foreclosure of a homeowners' association's lien for unpaid assessments does not constitute state action. *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortg.*, 133 Nev., Adv. Op. 5, 388 P.3d 970 (2017). The district court therefore erred in granting summary judgment. Although the parties raised a number of other issues

below, the district court did not address them and we decline to do so for the first time on appeal. Accordingly, we

ORDER the judgment of the district court VACATED AND REMAND this matter to the district court for proceedings consistent with this order.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Kenneth C. Cory, District Judge
       Janet Trost, Settlement Judge
       David Toth
       Hong & Hong
       Sirwan Toth
       Akerman LLP/Las Vegas
       Eighth District Court Clerk